

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/10/2009

| | | |
|---|---|---|
| IN RE: | § | Case No. 09-32754 |
| AMARAVATHI LIMITED | § | Chapter 11 |
| PARTNERSHIP; dba MONTERONE | § | |
| ROUND ROCK; dba MANSIONS AT | § | |
| STEINER RANCH; dba MONTERONE | § | |
| CANYONE CREEK; dba MANSIONS ON | § | |
| THE GREEN II; dba MONTERONE | § | |
| STEINER RANCH; dba MANSIONS AT | § | |
| CANYON CREEK; dba MANSIONS ON | § | |
| THE GREEN I | § | |
| and | § | |
| AMARAVATHI KEERTHI, LLC; dba | § | |
| MONTERONE ROUND ROCK; dba | § | |
| MANSIONS ON THE GREEN I; dba | § | |
| MANSIONS AT STEINER RANCH; dba | § | |
| MONTERONE STEINER RANCH; dba | § | |
| MONTERONE CANYON CREEK; dba | § | |
| MANSIONS AT CANYON CREEK; dba | § | |
| MANSIONS ON THE GREEN II, | § | |
| Debtor(s). | § | Judge Isgur |

### ORDER DENYING MOTION FOR EMERGENCY CONSIDERATION

Movant's request for emergency consideration is denied for noncompliance with BLR 9013(i). Movant requests emergency consideration of Debtor's Motion to Convert (Doc. #23). Rule 9013(i) states, in relevant part:

> …[R]equests for emergency hearings must be made by separate motion. The separate motion must include a detailed statement why an emergency exists and the date relief is needed to avoid the consequences of the emergency. The motion seeking an emergency hearing must be **certified** for its accuracy by the party seeking the emergency relief or by its counsel.

BLR 9013(i).

SIGNED **June 10, 2009.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE