

**ENTERED**
**08/24/2009**

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| AMARAVATHI LIMITED PARTNERSHIP, | § § | Case No. 09-32754-H1-11 |
| Debtor. | § § § | Chapter 11 |
| In re: | § § | |
| AMARAVATHI KEERTHI, LLC, | § § | Case No. 09-32755-H1-11 |
| Debtor. | § § § | Chapter 11 |
| | § § | Jointly Administered Under Case No. 09-32754-H1-11 |

### ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT UNDER 11 U.S.C. § 1125 IN SUPPORT OF THE SECOND AMENDED PLAN OF REORGANIZATION

The Court has considered the Second Amended Disclosure Statement under 11 U.S.C. § 1125 (the "Disclosure Statement") in Support of the Second Amended Plan of Reorganization (the "Plan") proposed by Amaravathi Limited Partnership and Amaravathi Keerthi, LLC (the "Debtors"). The Court finds that notice of the hearing on the Disclosure Statement is adequate under the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the Order and Notice for Hearing on Disclosure Statement entered by this Court. The Court further finds that the Disclosure Statement contains "adequate information" regarding the Plan as prescribed by section 1125 of the Bankruptcy Code. Accordingly, it is **ORDERED**:

1. The Disclosure Statement is hereby **APPROVED** as containing information of a kind and in sufficient detail to enable holders of claims and interests to make an informed judgment with respect to acceptance or rejection of the Plan.

2. The Debtors are authorized to correct any immaterial typographical or mathematical errors in any of the material contained in the Disclosure Statement (including, without limitation, any exhibits), prior to transmittal (subject to Court review of materiality at the confirmation hearing).

3. The hearing on confirmation of the Plan shall not be set at this time

**SIGNED** this 24 day of August 2009.

                                   _____
                                   MARVIN ISGUR
                                   UNITED STATES BANKRUPTCY JUDGE

183636_1