

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/21/2009

| | | |
|---|---|---|
| In re: | § § | |
| AMARAVATHI LIMITED PARTNERSHIP, | § § § § | Case No. 09-32754-H1-11 |
| Debtor, | § § | Chapter 11 |
| In re: | § § § | |
| AMARAVATHI KEERTHI, LLC, | § § § | Case No. 09-32755-H1-11 |
| Debtor. | § § § | Chapter 11 |
| | § § | Jointly Administered Under Case No. 09-32754-H1-11 |

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 328(a)
AND BANKRUPTCY RULES 2014 AND 6005 AUTHORIZING
THE RETENTION OF CAPMARK SECURITIES INC.
AS EQUITY MARKETING COMPANY UNDER THE JOINT
<u>MARKETING PROPOSAL SUBMITTED BY THE DEBTORS AND C1 TRUST</u>**

The Court has considered the Application of Amaravathi Limited Partnership and Amaravathi Keerthi, LLC (collectively, the "Debtors") for an Order Under Bankruptcy Code Sections 327(a) and 328(a) and Bankruptcy Rules 2014 and 6005 Authorizing the Retention of Capmark Securities Inc. as Equity Marketing Company under the Joint Marketing Proposal Submitted by the Debtors and C1 Trust (the "Application"). The Court finds that notice of the retention is appropriate and in accordance with the United States Bankruptcy Code and Federal Rules of Bankruptcy Procedure. Based on the law and facts set forth in the Application, and the Declaration executed by Paul Taylor, the Court finds that the relief requested in the Application is in the best interests of the creditors and the bankruptcy estates and, therefore, should be GRANTED. It is, therefore,

186597v1

1.  ORDERED that the retention of Capmark Securities Inc. as the Debtors' Equity Marketing Company under the Joint Marketing Proposal Submitted by the Debtors and C1 Trust is hereby APPROVED, pursuant to 11 U.S.C. §§ 327(a) and 328(a) and in accordance with the Capmark Retention Agreement (attached to the Application as Exhibit "B"); and it is further

2.  ORDERED that all fees payable to Capmark shall be paid in accordance with the terms of the Capmark Retention Agreement.

Dated: October 21, 2009

UNITED STATES BANKRUPTCY JUDGE

186597v1