IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § § | | |
| **AMARAVATHI LIMITED PARTNERSHIP,** § § § § | Case No. 09-32754 | |
| | Chapter 11 Case | |
| Debtor. § | | |
| **In re:** § § | Case No. 09-32755 | |
| **AMARAVATHI KEERTHI, LLC,** § § § | Chapter 11 Case | |
| Debtor. § § | Jointly Administered Under Case No. 09-32754-H1-11 | |
| **C1 Trust,** § § § | | |
| Movant, § § | Contested Matter:  Claim Objection | |
| v. § § | RE: Claim No. 30 | |
| **CNC Investments,** § § § | | |
| Claimant. § | | |

ORDER GRANTING C1 TRUST'S AMENDED OBJECTION TO
PROOF OF CLAIM FILED BY CNC INVESTMENTS
[Relates to Claim No. 30]

Upon consideration of the *Amended Objection* (the "**Objection**") *to Proof of Claim* (the "**Claim**") *Filed by CNC Investments* ("**CNC**") filed by Wells Fargo Bank, N.A., as trustee for the registered holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2007-C1 ("**C1 Trust**"), acting by and through Midland Loan Services, Inc., a Delaware corporation, as special servicer pursuant to that certain Pooling and Service Agreement dated March 1, 2007, a secured creditor and party-in-interest

85432929.3

herein; and the Court finding that (i) it has jurisdiction over the matters raised in the Objection; (ii) this is a core proceeding; (iii) the relief requested in the Objection is in the best interests of the Debtor, its estate, and its creditors; (iv) adequate notice of the Objection and the hearing thereon has been given and no other or further notice is necessary; and (v) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein, the Objection is hereby GRANTED; it is therefor:

ORDERED, that the Proof of Claim filed by CNC [Claim No. 30] is hereby denied in its entirety for the reasons stated in the Objection and on the record; and it is further

ORDERED, that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this order; and it is further

ORDERED, that this Order is effective immediately upon entry.

SIGNED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE