

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/23/2010

| | | |
|---|---|---|
| In re: § § | | |
| AMARAVATHI LIMITED PARTNERSHIP, § § | Case No. 09-32754-H1-11 | |
| Debtor. § § | Chapter 11 | |
| § | | |
| In re: § § | | |
| AMARAVATHI KEERTHI, LLC, § § | Case No. 09-32755-H1-11 | |
| Debtor. § § | Chapter 11 | |
| § § § | Jointly Administered Under Case No. 09-32754-H1-11 | |

### ORDER GRANTING MOTION FOR APPROVAL OF FOURTH SUPPLEMENTAL BUDGET AND AUTHORIZATION FOR DEBTORS' CONTINUED USE OF CASH COLLATERAL

[Related To Docket. Nos. 64, 67, 115, 125, 171 and 201]

Upon consideration of the Motion for Approval of Fourth Supplemental Budget and Authorization for Debtors' Continued Use of Cash Collateral (the "Fourth Continued Cash Collateral Motion") filed by Amaravathi Limited Partnership and Amaravathi Keerthi, LLC (the "Debtors"), pursuant to which the Debtors seek authority to continue to use cash collateral that is subject to the security interests held by Wells Fargo Bank, N.A., as trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Pass-Through Certificates, Series 2007-C1 ("C1 Trust") from the period April 24, 2010 through July 23, 2010, the pleadings on file and arguments of counsel, the Court is of the opinion that notice of the Fourth Continued Cash Collateral Motion is sufficient and that the relief should be granted.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Fourth Continued Cash Collateral Motion is GRANTED on a final basis.

2. The Fourth Supplemental Budget submitted by the Debtors for the use of cash collateral during the period April 24, 2010 through July 23, 2010 is APPROVED.

3. The Debtors are authorized to continue to use the cash collateral that is subject to the security interests held by C1Trust through and including July 23, 2010.

4. All other terms of the Corrected Final Cash Collateral Order entered on June 4, 2009, shall remain in full force and effect.

5. The Court hereby expressly retains jurisdiction over all persons and entities, co-extensive with the powers granted to it under the Bankruptcy Code, to enforce the terms of this order, to adjudicate any and all disputes in connection therewith, and to grant authority to use the C1 Trust Cash Collateral. Moreover, this order does not impair C1 Trust's rights to object to Debtors' expenditures of C1 Trust assets (and/or its use of collateral) after July 23, 2010, or to seek affirmative relief of any kind or nature with regard to such assets.

SIGNED _____4/23_____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE