UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**FILED**
APR 2 7 2010
David J. Bradley, Clerk of Court

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 09-32754-H1-11 |
|---|---|---|---|
| Debtor | In Re: AMARAVATHI LIMITED PARTNERSHIP | | |

This lawyer, who is admitted to the State Bar of __California__ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | I. Bruce Speiser<br>Pircher, Nichols & Meeks<br>1925 Century Park East, 17th Floor<br>Los Angeles, CA  90067<br>310-201-8900<br>California - State Bar No. 60041 |
|---|---|

Seeks to appear as the attorney for this party:   LEVIN REALTY ADVISORS, LLC

| Dated: April 26, 2010 | Signed: /s/ I. Bruce Speiser |
|---|---|

| COURT USE ONLY: The applicant's state bar reports their status as: __Active__ . |
|---|
| Dated: 4/27/10 | Signed: _____ Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States Bankruptcy Judge



# THE STATE BAR OF CALIFORNIA

Monday, April 26, 2010

Home > Attorney Search > Attorney Profile

State Bar Home

## ATTORNEY SEARCH

## Irving Bruce Speiser - #60041

### Current Status: Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| **Bar Number** | 60041 | | |
| **Address** | Pircher Nichols & Meeks<br>1925 Century Park E #1700<br>Los Angeles, CA 90067 | **Phone Number**<br>**Fax Number**<br>**e-mail** | (310) 201-8900<br>(310) 201-8922<br>bspeiser@pircher.com |
| **District** | District 7 | **Undergraduate School** | Rutgers Univ; NJ |
| **County** | Los Angeles | **Law School** | George Washington Univ LS; Washington DC |
| **Sections** | Litigation<br>Real Property Law | | |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 6/18/1974 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

#### Disciplinary and Related Actions
This member has no public record of discipline.

#### Administrative Actions
This member has no public record of administrative actions.

Start New Search >

Contact Us    Site Map    Privacy Policy    Notices    © 2010 The State Bar of California