IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-32754-H1-11 |
| AMARAVATHI LIMITED PARTNERSHIP, | § | Chapter 11 |
| Debtor. | § | |
| In re: | § | Case No. 09-32755-H1-11 |
| AMARAVATHI KEERTHI, LLC, | § | Chapter 11 |
| Debtor. | § | (Jointly Administered Under Case No. 09-32754-H1-11) |

ORDER APPROVING MOTION OF LEVIN REALTY ADVISORS, LLC FOR ORDER ALLOWING ADMINISTRATIVE CLAIM FOR SUBSTANTIAL CONTRIBUTION TO BANKRUPTCY ESTATES AND AUTHORIZING IMMEDIATE PAYMENT THEREON

The Court has considered the "Motion Of Levin Realty Advisors, LLC For Order Allowing Administrative Claim For Substantial Contribution To Bankruptcy Estates And Authorizing Immediate Payment Thereon" (the "**Motion**") brought pursuant to Bankruptcy Code Sections 503(b)(3)(D) and (b)(4). The Court finds that notice of the Motion is adequate under the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court. The Court further finds that Levin Realty Advisors, LLC has made a substantial contribution to the bankruptcy estates in the above-captioned jointly administered Chapter 11 cases, and hereby ORDERS as follows:

1.      The Motion is granted.

2. Levin Realty Advisors, LLC shall have an allowed administrative claim in the amount of $86,038.46 against the bankruptcy estates in the above-captioned jointly administered Chapter 11 cases.

3. The foregoing allowed administrative claim shall be paid by the bankruptcy estates to Levin Realty Advisors, LLC, through its counsel herein, within fourteen (14) days of the entry of this Order.

**SIGNED** this ___ day of _____, 2010.

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served, by United States first class mail, postage prepaid, on April 28, 2010, upon the Official Master Service List.

/s/ <i>I. Bruce Speiser</i><br>
I. Bruce Speiser

# MASTER SERVICE LIST

FULBRIGHT & JAWORSKI, L.L.P.
William R. Greendyke
Mark A. Platt
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-2874

FULBRIGHT & JAWORSKI, L.L.P.
R. Andrew Black
John D. Cornwell
1301 McKinney, Suite 5100
Houston, Texas  77010-3095

DIAMOND McCARTHY LLP
Kyung S. Lee
Two Houston Center
909 Fannin, 15th Floor
Houston, TX 77010

Amaravathi Limited Partnership
Amaravathi Keerthi, LLC
4420 F.M. 1960 West, Suite 224
Houston, TX 77068-3411

George V. Basham, III
The Weichert Law Firm
3821 Juniper Trace, Suite 108
Austin, TX 78738-5514

John Charles Kitchens
1800 Lavaca St., Ste 109
Austin, TX 78701-1301

M. Matthew Williams
The Weichert Law Firm
3821 Juniper Trace Ste 108,
Austin, TX 78738-5514

Apartment Realty Advisors
Barton Oaks Plaza II
901 South Mopac Expressway
Suite 275
Austin, TX 78746-5776

7506137.2                                                                 1

CNC Investments, Ltd., L.L.P.
4420 FM 1960 West, Suite 224
Houston, TX  77068-3411

CNC Management, Ltd., L.L.P.
4420 FM 1960 West, SUITE 224
Houston, TX  77068-3411

Chowdary Yalamanchili
4420 FM 1960 West, Suite 224
Houston, TX  77068-3411

County of Williamson, et al.
c/o Michael Reed
PO Box 1269
Round Rock, TX  78680-1269

Edna Eden Weiss
C/O Brent A. Devere
1411 West Avenue, Suite #200
Austin, TX  78701-1537

Jay Parmelee
c/o Keith M. Aurzada
Bryan Cave, LLP
2200 Ross Avenue, Suite 3300
Dallas, TX 75201-7965

Round Rock ISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760-7428

Travis County
c/o Karon Y. Wright
P.O. Box 1748
Austin, TX  78767-1748