

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**05/04/2010**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMARAVATHI LIMITED PARTNERSHIP, | § | Case No. 09-32754-H1-11 |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | |
| In re: | § | |
| | § | |
| | § | |
| AMARAVATHI KEERTHI, LLC, | § | Case No. 09-32755-H1-11 |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | Jointly Administered Under |
| | § | Case No. 09-32754-H1-11 |

**ORDER APPROVING THIRD AMENDED DISCLOSURE
STATEMENT UNDER 11 U.S.C. § 1125 IN SUPPORT OF THE
THIRD AMENDED PLAN OF REORGANIZATION**

The Court has considered the Third Amended Disclosure Statement under 11 U.S.C. § 1125 (the "Disclosure Statement") in Support of the Third Amended Plan of Reorganization (the "Plan") proposed by Amaravathi Limited Partnership and Amaravathi Keerthi, LLC (the "Debtors"). The Court finds that notice of the hearing on the Disclosure Statement is adequate under the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the Order and Notice for Hearing on Disclosure Statement entered by this Court. The Court further finds that the Disclosure Statement contains "adequate information" regarding the Plan as prescribed by section 1125 of the Bankruptcy Code. Accordingly, it is **ORDERED**:

1.      The Disclosure Statement is hereby **APPROVED** as containing information of a kind and in sufficient detail to enable holders of claims and interests to make an informed judgment with respect to acceptance or rejection of the Plan.

2.      The Solicitation Materials are **APPROVED** and shall consist of (i) the Disclosure Statement, (ii) the Plan, (iii) a copy of this Order, (iv) the Ballot, (v) the Ballot Instructions, and (vi) the Solicitation Letter.

3.      The Debtors are authorized to correct any immaterial typographical or mathematical errors in any of the material contained in the Solicitation Materials (including, without limitation, any exhibits), prior to transmittal (subject to Court review of materiality at the confirmation hearing).

4.      The Debtors shall transmit the Solicitation Materials to creditors and interest holders entitled to vote on the Plan by no later than close of business on May 6, 2010.

5.      The deadline for submitting Ballots accepting or rejecting the Plan is May 27, 2010 at 4:00 p.m. Central Time (the "Voting Deadline"). To be counted, Ballots must be <u>received</u> (whether by mail, facsimile, or hand delivery) by the Voting Deadline at the following address:

> Catherine A. Burrow
> DIAMOND McCARTHY LLP
> 909 Fannin, Suite 1500
> Houston, Texas 77010
> Fax: (713) 333-5195

However, any Ballots submitted after May 21, 2010 must <u>additionally</u> be transmitted electronically prior to the Voting Deadline to counsel for the Debtors, Brian A. Abramson, at babramson@diamondmccarthy.com and counsel for C1 Trust, William Greendyke, at wgreendyke@fulbright.com. So long as such Ballots are received electronically by counsel for the Debtors and C1 Trust prior to the Voting Deadline, these Ballots may be received physically (whether by mail, facsimile, or hand delivery) as late as close of business on May 31, 2010.

6.     The balloting and voting procedures described in Article III of the Disclosure Statement are hereby **APPROVED**.

7.     The deadline for filing with the Court and serving written objections to confirmation of the Plan is May 27, 2010, at 4:00 p.m. Central Time (the "Objection Deadline"). Objections must specifically allege the nature of the objection(s) to confirmation of the Plan. Objections to confirmation of the Plan that are not timely and properly filed and served in accordance with this Order will not be considered by the Court.

8.     Written objections must be actually filed with the Bankruptcy Court and <u>received</u> on or before the Objection Deadline (whether by mail, hand delivery or facsimile) by the following parties:

<u>**COUNSEL FOR THE DEBTOR**</u>:

Kyung S. Lee/Brian A. Abramson
Diamond McCarthy LLP
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 Telephone
(713) 333-5195 Facsimile

<u>**COUNSEL FOR C1 TRUST**</u>:

William Greendyke
Fulbright & Jaworski LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
(214) 855-8000 Telephone
(214) 855-8200 Facsimile

<u>**COUNSEL FOR CNC INVESTMENTS, INC.**</u>:

John P. Melko
Gardere & Wynne
1000 Louisiana, Suite 3400
Houston, Texas 77002
(713) 276-5000 Telephone
(713) 276-5555 Facsimile

However, any objections submitted after May 21, 2010 must <u>additionally</u> be transmitted electronically prior to the Objection Deadline to counsel for the Debtors, Brian A. Abramson, at babramson@diamondmccarthy.com and counsel for C1 Trust, William Greendyke, at wgreendyke@fulbright.com.

9.     The hearing on confirmation of the Plan shall be held on June 1, 2010, at 3:00 p.m. Central Time before the Honorable Marvin Isgur, 515 Rusk, Courtroom No. 404, Houston, Texas 77002.

10.    Unless objections are filed and served in accordance with the procedure set forth above, the court will not consider any objections raised orally at the hearing on confirmation of the Plan.

Signed:  May 04, 2010

Marvin Isgur
Chief United States Bankruptcy Judge