IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| AMARAVATHI LIMITED PARTNERSHIP, | § § | Case No. 09-32754-H1-11 |
| Debtor. | § § | Chapter 11 |
| | § § | |
| In re: | § § | |
| AMARAVATHI KEERTHI, LLC, | § § | Case No. 09-32755-H1-11 |
| Debtor. | § § | Chapter 11 |
| | § § § | Jointly Administered Under Case No. 09-32754-H1-11 |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on the Third Interim Application for Allowance of Compensation and Reimbursement of Expenses of Diamond McCarthy LLP, Counsel for the Debtors, for the Period December 1, 2009 Through March 31, 2010, and Memorandum of Law (the "Application") has been scheduled before the Honorable Marvin Isgur, Courtroom No. 404, 515 Rusk Street, Houston, Texas 77002, on **Tuesday, June 1, 2010, at 11:00 a.m. CDT.**

Dated:  May 5, 2010.

                DIAMOND McCARTHY LLP

                By:  */s/ Brian A. Abramson*
                    Kyung S. Lee
                    klee@diamondmccarthy.com
                    TBA No. 12128400
                    Jason M. Rudd
                    jrudd@diamondmccarthy.com
                    TBA No. 24028786
                    Brian A. Abramson
                    babramson@diamondmccarthy.com
                    TBA No. 24050193
                    909 Fannin, Suite 1500
                    Houston, Texas  77010
                    Telephone:  (713) 333-5100
                    Facsimile:   (713) 333-5195

                ATTORNEYS FOR DEBTORS AND DEBTORS
                IN POSSESSION

## **CERTIFICATE OF SERVICE**

    I certify that on May 5, 2010, a copy of the foregoing document was served by (i) the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to all parties registered to receive such service; and (ii) via U.S. Mail, first class to those parties as indicated on the attached Service List.

                  */s/ Brian A. Abramson*
                  Brian A. Abramson