IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-32754-H1-11 |
| | § | |
| AMARAVATHI LIMITED PARTNERSHIP, | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |
| In re: | § | Case No. 09-32755-H1-11 |
| | § | |
| AMARAVATHI KEERTHI, LLC, | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | (Jointly Administered Under Case No. 09-32754-H1-11) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the "Motion Of Levin Realty Advisors, LLC For Order Allowing Administrative Claim For Substantial Contribution To Bankruptcy Estates And Authorizing Immediate Payment Thereon" has been scheduled before the Honorable Marvin Isgur, Courtroom No. 404, 515 Rusk Street, Houston, Texas 77002, on Tuesday, June 1, 2010 at 9:00 a.m. Central Time.

DATED: May 5, 2010

PIRCHER, NICHOLS & MEEKS

By: /s/ I. Bruce Speiser
    I. Bruce Speiser
    bspeiser@pircher.com
    California State Bar No. 60041
    (Pro Hac Vice Application Pending)
    1925 Century Park East – 17th Floor
    Los Angeles, CA 90067
    Telephone: (310) 201-8900
    Facsimile: (310-) 201-8922

Attorneys for Levin Realty Advisors, LLC

## CERTIFICATE OF SERVICE

I certify that on May 5, 2010, a true and correct copy of this document was served by (i) the Electronic Case Filing System for the United States Bankruptcy Court for the Southern Distict of Texas to all parties registered to receive such service; and (ii) via United States first class mail, postage prepaid, upon those parties indicated on the attached Service List.

>                    /s/ I. Bruce Speiser
>                    I. Bruce Speiser

## OFFICIAL MASTER SERVICE LIST

FULBRIGHT & JAWORSKI, L.L.P.
William R. Greendyke
Mark A. Platt
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2874

FULBRIGHT & JAWORSKI, L.L.P.
R. Andrew Black
John D. Cornwell
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

DIAMOND McCARTHY LLP
Kyung S. Lee
Jason M. Rudd
Brian A. Abramson
909 Fannin, Suite 1500
Houston, Texas 77010

Amaravathi Limited Partnership
Amaravathi Keerthi, LLC
4420 F.M. 1960 West, Suite 224
Houston, TX 77068-3411

George V. Basham, III
The Weichert Law Firm
3821 Juniper Trace, Suite 108
Austin, TX 78738-5514

John Charles Kitchens
1800 Lavaca St., Ste 109
Austin, TX 78701-1301

M. Matthew Williams
The Weichert Law Firm
3821 Juniper Trace Ste 108,
Austin, TX 78738-5514

7513881.1

Apartment Realty Advisors
Barton Oaks Plaza II
901 South Mopac Expressway
Suite 275
Austin, TX 78746-5776

CNC Investments, Ltd., L.L.P.
4420 FM 1960 West, Suite 224
Houston, TX 77068-3411

CNC Management, Ltd., L.L.P.
4420 FM 1960 West, SUITE 224
Houston, TX 77068-3411

Chowdary Yalamanchili
4420 FM 1960 West, Suite 224
Houston, TX 77068-3411

County of Williamson, et al.
c/o Michael Reed
PO Box 1269
Round Rock, TX 78680-1269

Edna Eden Weiss
C/O Brent A. Devere
1411 West Avenue, Suite #200
Austin, TX 78701-1537

Jay Parmelee
c/o Keith M. Aurzada
Bryan Cave, LLP
2200 Ross Avenue, Suite 3300
Dallas, TX 75201-7965

Round Rock ISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760-7428

Travis County
c/o Karon Y. Wright
P.O. Box 1748
Austin, TX 78767-1748

7513881.1