UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

APR 27 2010
ENTERED
05/06/2010
David J. Bradley, Clerk of Court

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 09-32754-H1-11 |
|---|---|---|---|
| Debtor | In Re: AMARAVATHI LIMITED PARTNERSHIP | | |

This lawyer, who is admitted to the State Bar of __California__:

| | |
|---|---|
| Name | I. Bruce Speiser |
| Firm | Pircher, Nichols & Meeks |
| Street | 1925 Century Park East, 17th Floor |
| City & Zip Code | Los Angeles, CA  90067 |
| Telephone | 310-201-8900 |
| Licensed: State & Number | California - State Bar No. 60041 |

Seeks to appear as the attorney for this party:   LEVIN REALTY ADVISORS, LLC

Dated: April 26, 2010          Signed: [signature]

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated: 4/27/10          Signed: [signature]
                                Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: May 06, 2010

[signature]
Marvin Isgur
Chief United States Bankruptcy Judge



# THE STATE BAR OF CALIFORNIA

Monday, April 26, 2010

Home > Attorney Search > Attorney Profile

State Bar Home

## ATTORNEY SEARCH

# Irving Bruce Speiser - #60041

## Current Status: Active

This member is active and may practice law in California.

See below for more details.

## Profile Information

| | | | |
|---|---|---|---|
| **Bar Number** | 60041 | | |
| **Address** | Pircher Nichols & Meeks<br>1925 Century Park E #1700<br>Los Angeles, CA 90067 | **Phone Number**<br>**Fax Number**<br>**e-mail** | (310) 201-8900<br>(310) 201-8922<br>bspeiser@pircher.com |
| **District** | District 7 | **Undergraduate School** | Rutgers Univ; NJ |
| **County** | Los Angeles | **Law School** | George Washington Univ LS; Washington DC |
| **Sections** | Litigation<br>Real Property Law | | |

## Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 6/18/1974 | Admitted to The State Bar of California |

Explanation of member status

## Actions Affecting Eligibility to Practice Law

### Disciplinary and Related Actions
This member has no public record of discipline.

### Administrative Actions
This member has no public record of administrative actions.

Start New Search >

Contact Us    Site Map    Privacy Policy    Notices    © 2010 The State Bar of California