IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| AMARAVATHI LIMITED PARTNERSHIP, | § § | Case No. 09-32754-H1-11 |
| Debtor. | § § | Chapter 11 |
| | § § | |
| In re: | § § | |
| AMARAVATHI KEERTHI, LLC, | § § | Case No. 09-32755-H1-11 |
| Debtor. | § § | Chapter 11 |
| | § § § | Jointly Administered Under Case No. 09-32754-H1-11 |

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE UNDER DEBTORS'
THIRD AMENDED PLAN OF REORGANIZATION, AS MODIFIED**

**PLEASE TAKE NOTICE** that the "Effective Date" under Debtors' Amaravathi Limited Partnership and Amaravathi Keerthi, LLC (collectively, the "Debtors") Third Amended Plan of Reorganization, As Modified of [Docket No. 300] (the "Debtors' Plan"), which the Bankruptcy Court confirmed pursuant to an order entered on June 16, 2010 [Docket No. 310] (the "Confirmation Order"), occurred on **July 16, 2010** (the "Effective Date").

**PLEASE TAKE FURTHER NOTICE** that provisions of the Debtors' Plan and the Confirmation Order related to a period on or after the Effective Date are in full force and effect.

**PLEASE TAKE FURTHER NOTICE** that the discharge and injunctions contained in the Debtors' Plan and the Confirmation Order are in full force and effect.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Section 4.1(a) of the Debtors' Plan and paragraph 19 of the Confirmation Order, the Holder of any Administrative

Expense[1] other than: (a) a Fee Claim, (b) a liability incurred and paid in the ordinary course of business by the Debtors, or (c) an Allowed Administrative Expense, must file with the Bankruptcy Court and serve on the Debtors and their counsel, notice of such Administrative Expense by **August 15, 2010**, within thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Section 4.1(b) of the Debtors' Plan and paragraph 20 of the Confirmation Order, each Person asserting a Fee Claim for services rendered or expenses incurred before the Effective Date shall file with the Bankruptcy Court and serve on the U.S. Trustee, the Reorganized Debtors and their counsel, a Fee Application by **August 15, 2010**, within thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Section 9.1 of the Debtors' Plan and paragraph 21 of the Confirmation Order, unless a different date is set by order of the Bankruptcy Court, all objections to Claims shall be served and filed no later than **October 14, 2010**, within ninety (90) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE THAT** all requests for notice and changes of address or inquires regarding administration of the Debtors' Plan should be directed to counsel for the Reorganized Debtors:

> Brian A. Abramson
> Diamond McCarthy LLP
> 909 Fannin, Suite 1500
> Houston, Texas 77010
> Telephone: (713) 333-5100
> babramson@diamondmccarthy.com

**PLEASE TAKE FURTHER NOTICE** that for the purposes of calculating all filing and other deadlines in the Debtors' Plan or the Confirmation Order associated with the occurrence of the Effective Date, such time frames are deemed to have commenced as of **July 16, 2010**.

---

[1] All terms not defined herein shall have the same meaning as the Debtors' Plan and the Confirmation Order.

Dated:  July 22, 2010

                                  DIAMOND McCARTHY LLP

                                  By: */s/  Brian A. Abramson*
                                  Kyung S. Lee
                                  klee@diamondmccarthy.com
                                  TBA No. 12128400
                                  Brian A. Abramson
                                  babramson@diamondmccarthy.com
                                  TBA No. 24050193
                                  909 Fannin, Suite 1500
                                  Houston, Texas  77010
                                  Telephone: (713) 333-5100
                                  Facsimile: (713) 333-5195

                                  COUNSEL FOR REORGANIZED DEBTORS
                                  AND DEBTORS IN POSSESSION


## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing was served by (i) the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to all parties registered to receive such service; and (ii) via U.S. Mail, first class to those parties as indicated on the attached Service List.

                                  */s/ Brian A. Abramson*
                                  Brian A. Abramson